# MINUTE ORDER

Page 8

## Magistrate Judge Lisette M. Reid

Atkins Building Courthouse - 3rd Floor      Date: 10/18/2019  Time: 11:00 a.m.

Defendant: JOSE C. ESPANA MARQUINEZ    J#: 18416-104    Case #: 18-20044-CR-GAYLES
AUSA: Kevin Larsen                         Attorney: Nelson Rodriguez Varela-Temp
Violation: CONSP/DISTR/COCAINE KNOWING IT WOULD IMPORT INTO U.S.    Surr/Arrest Date: 10/17/2019    YOB: 1978

Proceeding: Initial Appearance                 CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No       Recommended Bond:
Bond Set at:                                    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services / Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
AFPD CONFLICT

-Temp PTD: Risk of Flight & Danger to the community

 to be placed last on the 23rd A.M. Calendar

Time from today to 10/23/19 excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel: 10/23
PTD/Bond Hearing: 10/23   10:00   Otazo   Miami
Prelim/Arraign or Removal: 10/23
Status Conference RE:
D.A.R. 11:51:05 / 12:25:52              Time in Court: 5 minutes

s/Lisette M. Reid                                      Magistrate Judge