# COURT MINUTES

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse – 3rd Floor          Date: 10/23/2019   Time: 10:00 a.m.

Defendant: Jose Espana Marquinez      J#: 18416-104   Case #: 18-20044-Cr-Gayles
AUSA: Sajjad Matin      Attorney: Nelson Rodriguez-Varela-tem
Violation: Consp/PWID Cocaine on Board a Vessel
Proceeding: RRC/Arraignment/Detention      CJA Appt:
Bond/PTD Held: ☐ Yes ☑ No   Recommended Bond: Temp. PTD  250K CSB Nebb.
Bond Set at: Stip 250K CSB Nebb.   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
AFPD has a conflict. Nelson Rodriguez-Varela-Temp.

Defense counsel remains temporary.

Waiver of Speedy Trial thru 11/6/19 executed.

Time from today to 11/6 excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:    11/6  10:00 a.m.  Duty  Miami
Status Conference RE:
D.A.R. 10:30:36      Time in Court: 3 min