# COURT MINUTES
## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor     Date: 11/6/19     Time: 10:00 a.m.

---

Defendant: Jose Espana Marquinez    J#: 18416-104    Case #: 18-20044-CR-GAYLES
AUSA: S. Motiani     Attorney:
Violation: Conspiracy to Distribute Cocaine Knowing it Would be Imported, PWID Cocaine on Vessel
Proceeding: Report Re: Counsel, Arraignment     CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No     Recommended Bond:
Bond Set at: $250,000 corporate surety     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition: Nelson Rodriguez-Varela, Temp Csl

Time from today to 11/20 excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:    Time:    Judge:    Place:
Report RE Counsel: 11/20/19 10 AM
PTD/Bond Hearing:
Prelim/Arraign or Removal: 11/20/19 10 AM
Status Conference RE:
D.A.R. 10:04:48     Time in Court: 3