# COURT MINUTES

Page 3

## Magistrate Judge Jacqueline Becerra

King Building Courtroom 10-6                Date: 11/20/19    Time: 10:00 a.m.

Defendant: Jose Espana Marquinez    J#: 18416-104    Case #: 18-20044-Cr-Gayles
AUSA: Lois Foster-Steers    Attorney: Nelson Rodriguez-Varela - Temp
Violation: Consp., Pwid Cocaine Aboard a Vessel
Proceeding: Rrc & Arraign    CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:
Bond Set at: $250,000 Csb/Nebbia(Stip).    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish ✓

Disposition:
Nelson Rodriguez-Varela Esq.

＊ Time from today to 12/4/19 excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:
(Report RE Counsel:)    12/4    10a    Duty    MIA
PTD/Bond Hearing:
Prelim/(Arraign) or Removal:    12/4    11    "    "
Status Conference RE:
D.A.R. 10:08:20    Time in Court: 1 min