# COURT MINUTES
## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5     Date: 12/4/2019    Time: 10:00 a.m.

Defendant: JOSE ESPANA MARQUINEZ   J#: 18416-104   Case #: 18-20044-CR-GAYLES
AUSA: David Turken     Attorney: NELSON RODRIGUEZ-VAREL (TEMP)
Violation: CONSPIRACY TO DISTRIBUTE COCAINE KNOWING IT WOULD BE IMPORTED INTO THE UNITED STATES
Proceeding: RRC/Arraignment     **CJA Appt: Roy Kahn**
Bond/PTD Held: ◯ Yes ◯ No    Recommended Bond:
Bond Set at: STIP $250K CSB/NEBBIA    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: SPANISH

Disposition:
Counsel states he has not been retained.
DEFENDANT sworn-CJA APPOINTED
Arraignment reset

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
**Arraignment:**    *12/9/19*    *10:00*    *Miami Duty*
Status Conference RE:
D.A.R. 10:18:33     Time in Court: 2