# COURT MINUTES

Page 1

## Magistrate Judge Jacqueline Becerra

**King Building Courtroom 10-6**          Date: 12/9/2019     Time: 10:00 a.m.

Defendant: JOSE ESPANA MARQUINEZ   J#: 18416-104   Case #: 18-20044-CR-GAYLES

AUSA: Tom Haggerty                          Attorney: ROY KAHN (CJA)✓

Violation:   CONSPIRACY TO DISTRIBUTE COCAINE KNOWING IT WOULD BE IMPORTED INTO THE UNITED STATES

Proceeding: Arraignment                                      CJA Appt: _____

Bond/PTD Held: ☉ Yes   ○ No          Recommended Bond: _____

Bond Set at: STIP $250K CSB/NEBBIA                    Co-signed by: _____

☐ Surrender and/or do not obtain passports/travel docs

Language: Spanish ✓

☐ Report to PTS as directed or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

**Disposition:**

Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:          Time:          Judge:          Place:

Report RE Counsel: _____

PTD/Bond Hearing: _____

Prelim/Arraign or Removal: _____

Status Conference RE: _____

D.A.R. 09:56:35                     Time in Court: 11 mins