UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  18-CR-20044-GAYLES

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JOSE ESPANA MARQUINEZ,

       Defendant.

_____/

## MOTION FOR  CONTINUANCE OF TRIAL DATE

Defendant, JOSE ESPANA MARQUINEZ, by and through his undersigned counsel, files this motion for continuance of the presently scheduled trial date.  In support of his motion the defendant states the following.

1.      Defendant Jose Espana Marquinez was arrested in Colombia and extradited to the United States.

2.      On December 4, 2019 undersigned counsel was appointed to represent Mr. Marqinez under the Criminal Justice Act.

3,      On December 9, 2019 Mr. Marquinez appeared at his arraignment and entered a plea of not guilty to all charges.

800 Brickell Avenue · Suite 1400 · Miami, FL 33131 · Tel: (305) 358-7400 · Fax: (305) 358-7222
www.roykahnlaw.com · rjk@roykahnlaw.com

4.      The Court has scheduled this cause for trial during the two-week trial period January 21, 2020 and calendar call on January 8, 2019.

5.      On December 27, 2019 undersigned counsel received DVD with discovery from the Government and on Monday December 30, 2019 undersigned counsel sent the defendant a copy of the Discovery so he can review it and later discuss the contents (the defendant is incarcerated at FDC)  with undersigned counsel.

6.      The defendant needs additional time in which to be properly prepare for trial or, in the alternative, to be fully apprised of the strength and weaknesses of the Government's case so that he can make an informed decision about how best to resolve this matter, by trial or plea.

7.      Undersigned counsel has reached out to opposing counsel, Yeney Hernandez, Esq. regarding the relief requested in this motion.  Ms. Hernandez has advised undersigned counsel that she has no objection to the Court granting the motion for continuance.

WHEREFORE, based upon the foregoing facts and circumstances, the defendant, Jose Espana Marquinez respectfully requests this Court enter an Order rescheduling the present trial date for at least 45 days.

Respectfully submitted,

ROY J. KAHN, P.A.
800 Brickell Avenue, Suite 1400
Miami, Florida 33131
Tel:  (305) 358-7400
Fax: (305) 358-7222

/s/Roy J. Kahn_____
ROY J. KAHN
Florida Bar No. 224359
rjk@roykahnlaw.com

Page 2 of 3

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on **January 3, 2020,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record.

<u>/s/  Roy J. Kahn  </u>
ROY J. KAHN

800 Brickell Avenue · Suite 1400 · Miami, FL 33131 · Tel: (305) 358-7400 · Fax: (305) 358-7222
www.roykahnlaw.com · rjk@roykahnlaw.com