UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  18-CR-20044-GAYLES

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOSE ESPANA MARQUINEZ,

      Defendant.

_____/

### <u>MOTION FOR CONTINUANCE OF CHANGE OF PLEA HEARING</u>

Defendant, JOSE ESPANA MARQUINEZ, by and through his undersigned counsel, files this motion for continuance of the presently scheduled change of plea hearing.  In support of his motion the defendant states the following.

1.      The Court has scheduled this cause for change of plea on April 20, 2020 at 2:00 p.m. before Magistrate Otazo-Reyes.

2.      Undersigned counsel would like to reschedule the change of plea hearing for some time in May due to the present concerns created by the COVID-19 Virus.

800 Brickell Avenue · Suite 1400 · Miami, FL 33131 · Tel: (305) 358-7400 · Fax: (305) 358-7222
www.roykahnlaw.com · rjk@roykahnlaw.com

WHEREFORE, based upon the foregoing facts and circumstances, the defendant, Jose Espana Marquinez respectfully requests this Court enter an Order rescheduling the present change of plea hearing.

Respectfully submitted,

ROY J. KAHN, P.A.
800 Brickell Avenue, Suite 1400
Miami, Florida 33131
Tel:  (305) 358-7400
Fax: (305) 358-7222

/s/Roy J. Kahn
ROY J. KAHN
Florida Bar No. 224359
rjk@roykahnlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **March 25, 2020,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record.

/s/  Roy J. Kahn
ROY J. KAHN